## OWENS V. THE STATE.
(Decided Dec. 17, 1912.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. R. C. BRICKELL, Attorney. General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Affirmed.

---

## POWELL V. THE STATE.
(Decided Jan. 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney. General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## POWELL V. THE STATE.
(Decided Jan. 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

J. E. Z. RILEY, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed. See 59 South. 328.

---

## QUINN V. THE STATE.
(Decided Nov. 28, 1912.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.